DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CAPITAL ASSET MANAGEMENT, LLC,**
Appellant,

v.

**MELANIE J. TABRAUE,**
Appellee.

No. 4D23-322

[August 10, 2023]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Kim Theresa Mollica, Judge; L.T. Case No. CONO-22005289.

Hugh Shafritz, Maxine A. Noel, and Aaron F. Miller of Shafritz and Associates, P.A., Delray Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***